IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 13 2005
CLERK, U.S. DISTRICT COURT
By _____
       Deputy

| | |
|---|---|
| MARY L. RIGGINS,<br>　　　　Plaintiff, | )<br>)<br>) |
| v. | )　Civil Action No.<br>)　7:04-CV-0014-R |
| COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br>　　　　Defendant. | )<br>)<br>)<br>) |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, I am of the opinion that the findings and conclusions of the Magistrate Judge are correct and they are adopted as the findings and conclusions of the Court.

IT IS, THEREFORE, ORDERED that the findings, conclusions, and recommendation of the United States Magistrate Judge are adopted.

SIGNED this 13 day of June, 2005.

_[signature]_
UNITED STATES DISTRICT JUDGE